```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

PATRICIA LAROCHE, INDIVIDUALLY                CIVIL ACTION
AND AS ADMINISTRATIX OF THE
SUCCESSION OF OLIVER AND
LUTISHER HADLEY

VERSUS                                        NO. 07-497

BARBARA B. MALTER, BARBARA                    SECTION "R"(2)
BELL MALTER INSURANCE AGENCY,
INC., AND STATE FARM FIRE AND
CASUALTY COMPANY

## ORDER AND REASONS

Defendant State Farm Fire and Casualty Company moves to dismiss the in-state defendants Barbara Malter and Barbara Bell Malter Insurance Agency. (R. Doc. 9). Before the Court can rule on defendant's motion, it must have subject matter jurisdiction over this action. After reviewing the complaint, the Court finds that plaintiff's claim that the in-state defendants failed to secure additional coverages as requested may have a reasonable possibility of recovery under Louisiana law as it is well established that a plaintiff may recover for her insurance agent's failure to procure requested insurance coverage. The

Louisiana Supreme Court has held: "An insurance agent who undertakes to procure insurance for another owes an obligation to his client to use reasonable diligence in attempting to place the insurance requested and to notify the client promptly if he has failed to obtain the requested coverage." *Karam v. St. Paul Fire & Marine Ins. Co.*, 281 So.2d 728, 730 (La. 1973). State Farm submits no evidence with its motion to dismiss in support of its bare assertion that plaintiff's "failure to procure" claim is perempted under La. Rev. Stat. § 9:5606. In the absence of any evidence as to when plaintiff requested additional coverage, the Court cannot conclude that her claims are perempted.

Accordingly, on this record, the Court finds that Louisiana law might hold Malter liable for its failure to procure requested insurance. Hence, Malter is not improperly joined, and the Court lacks diversity jurisdiction over this matter. It is hereby remanded to state court.

New Orleans, Louisiana, this 7th day of May, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE